IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 4:19-CR-226 |
| v. | ) | |
| | ) | GOVERNMENT'S |
| HECTOR RAMON IGLESIAS TOVAR, | ) | EXHIBITS |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Criminal Rule 57B, the United States respectfully files the exhibits offered and/or admitted to the District Court in the above-referenced case during the jury trial held on February 8, 9 and 10, 2021.

Respectfully Submitted,

Richard D. Westphal
Acting United States Attorney

By:    */s/ Debra L. Scorpiniti*
Debra L. Scorpiniti
Assistant United States Attorney
U. S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: debra.scorpiniti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail  _____ Fax  _____Hand Delivery

__X__ECF/Electronic filing    ____Other means

UNITED STATES ATTORNEY

By: */s/* Carla Ralph
     Paralegal Specialist