

GOVERNMENT
EXHIBIT
1
4:19-cr-226